UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BETTY TURNER, AS SUCCESSOR-IN-INTEREST TO ROBERT TURNER, DECEASED,**<br><br>Plaintiff,<br><br>vs.<br><br>**CRANE CO.,**<br><br>Defendant. | Case No. 4:20-CV-4927-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 29 |

The parties to this action, by and through their counsel, have advised the Court that they have finalized the terms of their compromise with the exchange of settlement funds forthcoming. (Dkt. No. 29.) Accordingly, it is **ORDERED** that this case is **DISMISSED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: June 9, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE